**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

December 23, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

GRANTED. The Initial Pre-Trial Conference is rescheduled to March 5, 2026 at 3 p.m. The dial-in instructions remain the same. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 7.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 23, 2025

Re:    *Lopez v. Flextail Technology (USA) Inc.*
       Case No.: 1:25-cv-8236

Dear Judge Subramanian,

The undersigned represents Victor Lopez, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Flextail Technology (USA) Inc., ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for January 6, 2026, at 1:00 PM (Dkt. 6) be adjourned for 60 days because the Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.