UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Victor Lopez,<br><br>                    Plaintiff,<br><br>          -against-<br><br> Flextail Technology (USA) Inc.,<br><br>                    Defendant. | 25-CV-8236 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

        In light of defendant's failure to appear or answer the complaint, the initial pre-trial conference is hereby CANCELLED.


        SO ORDERED.

Dated: February 26, 2026
        New York, New York

        _____
        ARUN SUBRAMANIAN
        United States District Judge